**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**SCOTT WORKMAN, et al.**                                                              **PLAINTIFFS**

**V.**                                                              CIVIL ACTION NO. 2:24-cv-17-DLB-CJS

**JOSHUA L. KELLY, et al.**                                                              **DEFENDANTS**

---

**DEFENDANT, ERIC WALKER'S, RESPONSE TO PLAINTIFFS' MOTION FOR EXTENTION OF TIME**

---

Comes now Defendant, Major, Eric Walker, with the Kentucky State Police, by and through counsel, and for his response to the Plaintiffs' Motion for Extension of Time, hereby states that he has no objection to Plaintiffs' Motion and joins in the motion.

**WHEREFORE**, an appropriate Order of the Court is requested.

Respectfully submitted,

**JSM LAW, PLLC**

143 East Main Street
Georgetown, KY 40324
Telephone: (502) 370-4096
Facsimile: (502) 379-4461
Email: jmorgan@jsmlawgroup.com

*/s/ Jason S. Morgan*
JASON S. MORGAN (KBA #91635)
*Counsel for Defendant, Eric Walker*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 23, 2024, I electronically filed this document with the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record:

Christopher Wiest, Esq.
50 East Rivercenter Blvd., Ste. 1280
Covington, KY 41011
chris@cwiestlaw.com
*Counsel for Plaintiffs*

Thomas B. Bruns, Esq.
4555 Lake Forest Dr., Ste. 330
Cincinnati, OH 45242
tbruns@bcvalaw.com
*Counsel for Plaintiffs*

Matthew L. Bowling, Esq.
Department of Kentucky State Police
Legal Services Branch
919 Versailles Road
Frankfort, KY 40601
matthew.bowling@ky.gov
*Counsel for Defendants*


*/s/ Jason S. Morgan*
JASON S. MORGAN (KBA #91635)