# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY – At Covington
*Electronically Filed*

| | |
|---|---|
| **SCOTT WORKMAN, et. al.** | : Case No. 2:24-cv-0017-DLB-CJS |
| **Plaintiff** | : |
| v. | : |
| **JOSHUA KELLY, et. al.** | : |
| **Defendants** | : |

## JOINT STATUS REPORT

The joint report of the parties is as follows: all discovery is complete; the Defendants intend to file motions for summary judgment; the Plaintiffs intend to file a motion for partial summary judgment as to liability.

Plaintiff believes this case is ripe for mediation or settlement conference with the magistrate judge, particularly in this case involving potential attorney-fee shifting, prior to incurring additional fees related to dispositive motion practice. Defendant Walker has no objection to the same. Counsel for the remaining Defendants is unable at this time to agree to a mediation or settlement conference; however, Counsel for remaining Defendants intends to discuss a potential mediation or settlement conference with the Defendants and will advise Plaintiff's counsel whether authority is obtained for the Defendants to engage in a mediation or settlement conference.

Respectfully Submitted,

/s/Christopher Wiest                        /s/Matt Bowling
Christopher Wiest (KBA 90725)        Matt Bowling
Chris Wiest, Atty at Law, PLLC         Justice & Public Safety Cabinet
50 E. Rivercenter Blvd, Ste. 1280      Kentucky State Police
Covington, KY 41011                     919 Versailles Rd
513/257-1895 (c)                         Frankfort, KY 40601
859/495-0803 (f)                         502-782-1875
chris@cwiestlaw.com                   *Counsel for Defendants other than*
*Counsel for Plaintiff*                      *Defendant Walker*

/s/Jason Morgan
Jason Morgan
JSM Law, PLLC
143 E. Main Street
Georgetown, KY 40324
502-370-4096
Email: jmorgan@jsmlawgroup.com
*Counsel for Defendant Walker*

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all counsel of record, by filing same in the Court's CM/ECF system, this 14 day of October, 2025.

                                                                         /s/Christopher Wiest