Δ π EXHIBIT 1A
Deponent Kelly
Date 12-3-24 Rptr. GW
WWW.DEPOBOOKPRODUCTS.COM

Kenton Weigh Station




1A