


PLAINTIFF'S EXHIBIT
7A
WALKER
12.5.24


8:03
Matt
notifying Scott's Towing they have been removed for cause. Thanks, EW
Delivered
Thu, Sep 21 at 12:36 PM
newberry trying to talk to that owner and if he doesn't respond i'll send the memo. just an update and a written statement from inspector will be included
iMessage
Cash