Andy Beshear
GOVERNOR

TRANSPORTATION CABINET
FRANKFORT, KENTUCKY 40622
drive.ky.gov

Jim Gray
SECRETARY

# Division of Motor Carriers
# Observation Details

Carrier: SCOTTS GARAGE LLC

| | | |
|---|---|---|
| DOT: 2202196 | KYU: | Plate: |
| State: | Unit: | Make: |
| Model: | Year: | Gross Vehicle Weight: |
| Vehicle WIM Weight: | Date: 9/20/2023 2:50:32 PM EST | |
| Route: I 75 S 0 | Mile Point: 168.00 | Latitude: 38.81941700 |
| Longitude: -84.60200000 | County: Kenton | Observed By: KATS |
| Verified By: USER | Status: Verified | Weigh Station: Kenton Scale I-75 S |








Kentucky UNBRIDLED SPIRIT

EXHIBIT 13
Kelly 12.3.24

Andy Beshear
GOVERNOR

TRANSPORTATION CABINET
FRANKFORT, KENTUCKY 40622
drive.ky.gov

Jim Gray
SECRETARY


# Division of Motor Carriers
# Observation Details

Carrier: SCOTTS GARAGE LLC

| | | |
|---|---|---|
| DOT: 2202196 | KYU: | Plate: TGRQUDSE |
| State: Indiana | Unit: | Make: |
| Model: | Year: | Gross Vehicle Weight: |
| Vehicle WIM Weight: | Date: 9/20/2023 1:51:14 PM EST | |
| Route: I 75 S 0 | Mile Point: 168.00 | Latitude: 38.81941700 |
| Longitude: -84.60200000 | County: Kenton | Observed By: KATS |
| Verified By: USER | Status: Verified | Weigh Station: Kenton Scale I-75 S |








