# Kentucky State Police

## Incident 2023-398919

*All timestamps displayed in EST*

| Date/Time | Incident | Case | Call Type | Pri | Units |
|---|---|---|---|---|---|
| 09-20-2023 15:02:17 | 2023-398919 | | DISTURBANCE | 3 | 702 |

## Response Times

| Unit | Run No. | Dispatched | En Route | On Scene | Transporting | Destination | Complete |
|---|---|---|---|---|---|---|---|
| 702 | | 15:06:21 | 15:07:19 | | | | 03:17:47 2023-12-11 |

## Response Log

| Time | Unit | Log |
|---|---|---|
| 09-20-2023 15:06:21 | 702 | Dispatched |
| 09-20-2023 15:07:19 | 702 | En Route (via Mobile) |
| 09-20-2023 15:20:22 | 702 | Cleared |
| 09-20-2023 16:08:05 | 702 | Cleared from incident |

## Location

| Address | Apt/Ste | City | State | ZIP |
|---|---|---|---|---|
| INT-75 SB 168.0 | | | KY | |

| Cross Street | Location Notes |
|---|---|

| Map |
|---|

EXHIBIT
tabbies
15 16
WALKER
12.5.24

## Reporting Party

| Name | Phone | Contact | Location |
|---|---|---|---|
| C102 | | N | |

## Comments

| Time | User | Comment |
|---|---|---|
| 09-20-2023 15:02:17 | Susan D Gibson | Initiated call at 15:02:17 |
| 09-20-2023 15:06:12 | Susan D Gibson | CALL CAME IN FROM C102 REQUESTING TROOPER TO THE SCALES IN KENTON COUNTY, MALE SUBJ THERE IS OWNER OF A TRUCKING COMPANY THAT HIS DRIVER WAS WRITTEN CITATIONS // HE IS CUSSING EVERYONE OUT AND THREATENING THEM |
| 09-20-2023 15:20:15 | Brittany D Scroggins (CAD) | M LEFT UNITS CAN SIG 8 |
| 09-20-2023 16:08:05 | Susan D Gibson | Incident closed: Canceled - |

## Involved Persons

*** NONE ***

## Involved Vehicles

*** NONE ***