# Kentucky State Police

## Incident 2023-419685

*All timestamps displayed in EDT*

| Date/Time | Incident | Case | Call Type | Pri | Units |
|---|---|---|---|---|---|
| 10-10-2023 12:28:44 | 2023-419685 | | COMPLAIN ON UNIT/DISP | 3 | |

## Response Times

| Unit | Run No. | Dispatched | En Route | On Scene | Transporting | Destination | Complete |
|---|---|---|---|---|---|---|---|

No units assigned on this call

## Response Log

| Time | Unit | Log |
|---|---|---|

## Location

| Address | Apt/Ste | City | State | ZIP |
|---|---|---|---|---|
| Crittenden, KY 41030, USA | | Crittenden | KY | 41030 |

| Cross Street | Location Notes |
|---|---|
| | Crittenden Weigh Station SB |

Map

EXHIBIT 25 tabbies 1-17-25

## Reporting Party

| Name | Phone | Contact | Location |
|---|---|---|---|
| Scott Workman | 859-991-9019 | Y | |

## Comments

| Time | User | Comment |
|---|---|---|
| 10-10-2023 12:28:44 | Mallory McClure | Mallory McClure initiated call at 12:28:44 |
| 10-10-2023 12:29:55 | Mallory McClure | J. Kelly possibly Josh / Badge/4468 / Caller adv he retaliated when caller hurt his feelings / Caller has a towing business and unit called post 5 and got him kicked off towing list |
| 10-10-2023 12:56:18 | Mallory McClure (CAD) | referred to sgt. Matthew Hutti |
| 10-10-2023 12:56:23 | Mallory McClure | Incident closed: Call Cleared - |